| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 4:24CR00068 (E.D. Tex.) |
| | ) | | 3:26-mj-02125 |
| [20] DANIEL OSWALDO PIMENTAL | ) | | Magistrate Judge O'Hara |
| CAZUN | ) | | |

## UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America, by and through Braden H. Boucek, United States Attorney, and Carlin C. Hess, Assistant United States Attorney, and hereby moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law dictates that "[t]he judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government, in any felony that involves the possession or use of a firearm," 18 U.S.C. § 3142(f)(1)(E), or "upon motion of the attorney for the Government in a case that involves a serious risk that such person will flee." 18 U.S.C. § 3142(f)(2)(A).

Both cited grounds mandate a detention hearing. First, the indictment in this case alleges that one of the defendant's co-conspirators possessed multiple firearms, in violation of 18 U.S.C. § 922(g)(5), a felony offense, during the conspiracy. Second, the defendant is a serious flight risk. He has avoided apprehension on this indictment, returned on May 16, 2024, for nearly two years. A special fugitive task force investigated the defendant's whereabouts and ultimately captured him on April 29, 2026. Based upon 18 U.S.C. §§ 3142(f)(1)(E) and 3142(f)(2)(A), the Government is statutorily entitled to a detention hearing, and the Court should set one as soon as practicable.

The proof at the hearing will demonstrate that based upon the 18 U.S.C. § 3142(g) factors that the Court must consider, no conditions or combination of conditions…will reasonably assure the appearance of the defendant as required and the safety of any other person and the community, 18 U.S.C. § 3142(f), should the Court not detain the Defendant pending trial.

Wherefore, the United States moves this Court to set a detention hearing and for a continuance of three days to prepare for the detention hearing.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By:

/s/ Carlin C. Hess
CARLIN C. HESS
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5431
Carlin.hess@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the United States District Court Clerk via CM/ECF, which will send a Notice of Filing to all attorneys of record, on April 30, 2026. If Defendant retains, or is appointed, an attorney, I hereby certify that I will forward this motion to said attorney forthwith.

/s/ Carlin C. Hess
CARLIN C. HESS